UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>v.<br><br>RUBEN MORCIGLIO, AKA Sealed Defendant 1,<br>CARLTON VANIER, AKA Sealed Defendant 2,<br><br>Defendants – Appellants. | Docket No. 20-3794 (L); 22-660 (con.)<br><br>DECLARATION |

RUBEN MORCIGLIO hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am the defendant-appellant in this case. I make this declaration in support of my request to withdraw my appeal.

2. After multiple communications with my attorney, I have had an adequate opportunity to discuss my appeal and this request with my attorney and to receive advice about it from her. I understand that if I withdraw my appeal, I am forfeiting (giving up) my right to make the claims I could have raised in the appeal, and that I will not be permitted to bring this appeal at a later date.

3. My decision to withdraw the appeal is made voluntarily and of my own free will.

WHEREFORE, I respectfully request that the Court enter an Order permitting me to withdraw my appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/25/22

Ruben Morciglio